**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **ASSOCIATED BUILDERS AND CONTRACTORS OF ARKANSAS,** et al., <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **THOMAS E. PEREZ,** et al., <br><br> **DEFENDANTS.** | Case No. 4:16-cv-169 (KGB) |

**DEFENDANTS' STATUS REPORT REGARDING SCHEDULING MATTERS**

With respect to matters discussed during the status conference held on April 13, 2016, the undersigned have been authorized to inform the Court that the position of the U.S. Department of Labor is as follows:

On March 24, 2016, the Department of Labor's ("the Department") Office of Labor-Management Standards published a rule entitled "Interpretation of the 'Advice' Exemption in Section 203(c) of the Labor-Management Reporting and Disclosure Act," 81 Fed. Reg. 15924 ("the Rule"). While the effective date of the Rule is April 25, 2016, the rule is only applicable to arrangements and agreements made on or after July 1, 2016, and to payments made pursuant to arrangements and agreements entered into on or after July 1, 2016. 81 Fed Reg. 15924. The Rule revises the reporting requirements, and related recordkeeping requirements, for certain agreements and arrangements entered into between employers and labor relations consultants or other independent contractors, and payments made pursuant to those agreements and arrangements. The Department will not apply the Rule to arrangements or agreements entered into prior to July 1, 2016, or payments made pursuant to such arrangements or agreements. Consequently, under the Rule no employer, labor relations consultant, or other independent contractor will have to report or keep records on any activities engaged in prior to July 1 that are not presently subject to reporting, or file the new Forms LM-10 or LM-20 (revised pursuant to the Rule) for any purpose prior to July 1.

Counsel for plaintiffs has authorized the undersigned to report to the Court that, in light of the position of the Department of Labor as stated above, plaintiffs consent to an extension of defendants' time to respond to the Motion for Preliminary Injunction through and including April 28, 2016, and to a continuance of the hearing on that motion until May 9, 2016, provided that plaintiffs be afforded the opportunity to file a reply brief, which the undersigned understand plaintiffs would seek to file no later than May 5, 2016.  Defendants would consent to plaintiffs filing a reply brief by no later than May 5, 2016.

Dated: April 14, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

**CHRISTOPHER R. THYER**
**United States Attorney for the Eastern District of Arkansas**

**JUDRY L. SUBAR**
**Assistant Director, Federal Programs Branch**

*/s/ Elisabeth Layton*
ELISABETH LAYTON (DC Bar No. 462227)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm 7110
Washington, DC  20530
Tel: (202) 514-3183, Fax: (202) 616-8470
Elisabeth.Layton@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Maurice Baskin**
Littler Mendelson, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
202-772-2526

**J. Bruce Cross**
Cross, Gunter, Witherspoon & Galchus, P.C.
Post Office Box 3178
Little Rock, AR 72203-3178
501-371-9999
bcross@cgwg.com

**Abtin Mehdizadegan**
Cross, Gunter, Witherspoon & Galchus, P.C.
Post Office Box 3178
Little Rock, AR 72203-3178
501-212-1814
abtin@cgwg.com

**Andrew King**
Kutak Rock LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3740

**Jess L. Askew, III**
Kutak Rock LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3740

**Jim L. Julian**
Chisenhall, Nestrud & Julian, P.A.

Regions Center
400 West Capitol Avenue
Suite 2840
Little Rock, AR 72201-3415
(501) 372-5800
jjulian@cnjlaw.com

**Lee Rudofsky**
**Michael Cantrell**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610


I hereby certify that on April 14, I mailed copies of the foregoing document by United

States Postal Service to the following non CM/ECF participants:

**Natasha Baker**
**Christin Lawler**
Hirschfeld Kraemer LLP
505 Montgomery Street, Suite 13000
San Francisco, CA 94111

**Louis P. DiLorenzo**
Bond, Schoeneck & King
600 Third Avenue
New York, NY 10016
646-253-2300
646-253-2301 (fax)

**Adam G. Unikowsky**
Jenner & Block – DC
1099 New York Avenue, NW
Washington, DC 20001

**Anna Elento-Sneed**
ES&A, Inc
Pauahi Tower
Suite 2700
1003 Bishop Street

Honolulu,  HI 96813

**David Shane Jones**
**Kameron W. Murphy**
Tueth Keeney Cooper Mohan & Jackstadt P.C.
34 N. Meramec Avenue
Suite 600
St. Louis, MO 63105

**Kate Comerford**
**Steven P. Lehotsky**
**Warren Postman**
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062

                                                                      */s/ Elisabeth Layton*
                                                                       ELISABETH LAYTON
                                                                       Senior Counsel
                                                                       United States Department of Justice
                                                                       Civil Division, Federal Programs Branch
                                                                       20 Massachusetts Avenue, NW, Rm 7110
                                                                       Washington, DC  20530
                                                                       Tel: (202) 514-3183, Fax: (202) 616-8470
                                                                       Elisabeth.Layton@usdoj.gov