**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **ASSOCIATED BUILDERS AND CONTRACTORS OF ARKANSAS,** *et al.*,<br><br>**PLAINTIFFS,**<br><br>**V.**<br><br>**THOMAS E. PEREZ,** *et al.*,<br><br>DEFENDANTS. | Case No. 4:16-cv-169 (KGB) |

**DEFENDANTS' NOTICE OF RECENT AUTHORITY**

Defendants hereby respectfully bring to the Court's attention a recent decision in *Labnet Inc. v. United States Department of Labor*, case no. 0:16-cv-00844-PJS-KMM (D. Minn. June 22, 2016), denying the plaintiffs' motion for a temporary restraining order or, in the alternative, for a preliminary injunction or stay enjoining implementation of the United States Department of Labor regulation at issue in the present action. A copy of the decision is attached hereto.

Dated: June 23, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHRISTOPHER R. THYER
United States Attorney

JUDRY L. SUBAR
Assistant Director, Federal Programs Branch

*/s/ Elisabeth Layton*
ELISABETH LAYTON (DC Bar No. 462227)
Senior Counsel

**OF COUNSEL**

M. PATRICIA SMITH
Solicitor of Labor

BEVERLY I. DANKOWITZ
Associate Solicitor

CLINTON WOLCOTT
Counsel for Labor-Management Programs

ADAM R. PULVER

Senior Attorney
Civil Rights and Labor-Management Division
U.S. Department of Labor
200 Constitution Ave. NW,
Room N-2474
Washington, DC 20210

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm 7110
Washington, DC 20530
Tel: (202) 514-3183, Fax: (202) 616-8470
Elisabeth.Layton@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

**Maurice Baskin**
Littler Mendelson, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
202-772-2526

**J. Bruce Cross**
Cross, Gunter, Witherspoon & Galchus, P.C.
Post Office Box 3178
Little Rock, AR 72203-3178
501-371-9999
bcross@cgwg.com

**Abtin Mehdizadegan**
Cross, Gunter, Witherspoon & Galchus, P.C.
Post Office Box 3178
Little Rock, AR 72203-3178
501-212-1814
abtin@cgwg.com

**Andrew King**
Kutak Rock LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3740

**Jess L. Askew, III**
Kutak Rock LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-3740

**Jim L. Julian**
Chisenhall, Nestrud & Julian, P.A.

Regions Center
400 West Capitol Avenue
Suite 2840
Little Rock, AR 72201-3415
(501) 372-5800
jjulian@cnjlaw.com

**Lee Rudofsky**
**Michael Cantrell**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610

**David Shane Jones**
**Kameron W. Murphy**
Tueth Keeney Cooper Mohan & Jackstadt P.C.
34 N. Meramec Avenue
Suite 600
St. Louis, MO 63105

**Christin Lawler**
Hirschfeld Kraemer LLP
505 Montgomery Street, Suite 13000
San Francisco, CA 94111

**Anna Elento-Sneed**
ES&A, Inc
Pauahi Tower
Suite 2700
1003 Bishop Street
Honolulu, HI 96813

**Natasha Baker**
Hirschfeld Kraemer LLP
505 Montgomery Street, Suite 13000
San Francisco, CA 94111

I hereby certify that on June 23, 2016 I mailed copies of the foregoing document by United States Postal Service to the following non CM/ECF participants:

**Louis P. DiLorenzo**
Bond, Schoeneck & King
600 Third Avenue
New York, NY 10016
646-253-2300
646-253-2301 (fax)

**Adam G. Unikowsky**
Jenner & Block – DC
1099 New York Avenue, NW
Washington, DC 20001

**Kate Comerford**
**Steven P. Lehotsky**
**Warren Postman**
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062

*/s/ Elisabeth Layton*
ELISABETH LAYTON
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm 7110
Washington, DC 20530
Tel: (202) 514-3183, Fax: (202) 616-8470
Elisabeth.Layton@usdoj.gov