IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ASSOCIATED BUILDERS AND
CONTRACTORS OF ARKANSAS, *et al.*                                      PLAINTIFFS

v.                              Case No. 4:16-cv-00169-KGB

R. ALEXANDER ACOSTA, in his official
capacity as Secretary of Labor; ARTHUR
F. ROSENFELD, in his official capacity as
Acting Director, Office of Labor-Management
Standards, U.S. Department of Labor                                    DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 98). The parties stipulate that all of the claims of plaintiffs Associated Builders and Contractors of Arkansas; Associated Builders and Contractors, Inc.; Arkansas State Chamber of Commerce/Associated Industries of Arkansas; the Arkansas Hospitality Association; Coalition for a Democratic Workplace; National Association of Manufacturers; and Cross Gunter Witherspoon & Galchus P.C. against defendants R. Alexander Acosta, Secretary of Labor, in his official capacity, and Arthur F. Rosenfeld, Director, Office of Labor-Management Standards, United States Department of Labor,[1] be dismissed with prejudice (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (Dkt. No. 98).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Mr. Rosenfeld is automatically substituted as a defendant for his predecessor, Andrew Auerbach, Acting Director of the Office of Labor-Management Standards.

The Court dismisses with prejudice this action. The parties shall bear their own fees and costs.

It is so ordered, this the 26th day of September, 2018.

_____
Kristine G. Baker
United States District Judge